JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jace Allbright, | Case **5:23-cv-00022-JGB-DTB** |
| Plaintiff, | *Honorable Jesus G. Bernal* |
| vs. | **JUDGMENT** |
| Southern California Permanente Medical Group Inc., | |
| Defendant. | |

## **JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 30, 2025

Honorable Jesus G. Bernal
United States District Judge